JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAGANO,<br><br>       Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br><br>       Defendant. | Case No. 2:25-cv-05851-WLH-SSC<br><br>**JUDGMENT** |

The Court is in receipt of Defendant's offer of judgment upon Plaintiff for a total sum of $3,000.00 in full and complete satisfaction of any and all claims and causes of action that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiff, including those arising under federal or state statutory or common law, as well as for any attorneys' fees and costs Plaintiff incurred.  For the foregoing reasons, the Court **ORDERS** Defendant's offer of judgment to be entered.

The Clerk is instructed to administratively **CLOSE** this action.

**IT IS SO ORDERED.**

Dated: July 1, 2026      _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2